# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BRANDON R. BLACK,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PENSKE LOGISTICS, LLC (DE),<br><br>　　　　Defendant. | CIVIL ACTION FILE<br><br>NO.: 1:21-cv-00374-CAP |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW, Plaintiff Brandon R. Black and Defendant Penske Logistics, LLC (DE) (collectively "the Parties"), and hereby stipulate that this action is dismissed with prejudice in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties having reached a full and final settlement of this matter. The parties shall all bear their own costs, fees, and expenses.

Respectfully submitted this 17th day of May, 2022.

| | |
|---|---|
| **SCOTT A. PRYOR LAW** | **NALL & MILLER, LLP** |
| By: */s/ James D. Timmons, Jr.*<br>JAMES D. TIMMONS, JR.<br>Georgia Bar No. 712667<br>Attorney for Plaintiff<br><br>6185 Crooked Creek Rd. NW | By: */s/ Quinn Curtis Bennett*<br>MICHAEL D. HOSTETTER<br>Georgia Bar No. 368420<br>QUINN CURTIS BENNETT<br>Georgia Bar No. 356087<br>Attorneys for Defendant |

Peachtree Corners, GA 30092
404-474-7298
jjtimmons@scottpryorlaw.com

235 Peachtree Street NE
North Tower, Suite 1500
Atlanta, Georgia 30303
Telephone: 404-522-2200
Facsimile: 404-522-2208
mhostetter@nallmiller.com
qbennett@nallmiller.com

## CERTIFICATE OF COMPLIANCE WITH N.D. GA. LOCAL RULE 5.1B

This is to certify that this pleading was created in Times New Roman 14-point font in accordance with Northern District of Georgia Local Rule 5.1B.

This 17th day of May, 2022.

                                            **SCOTT A. PRYOR LAW**

                                            By: ***/s/ James D. Timmons, Jr.***
                                            JAMES D. TIMMONS, JR.
                                            Georgia Bar No. 712667
                                            Attorney for Plaintiff

                                            6185 Crooked Creek Rd. NW
                                            Peachtree Corners, GA 30092
                                            404-474-7298
                                            jjtimmons@scottpryorlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day filed the within and foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court in this matter and served a true copy of same by First Class U.S. Mail, proper postage prepaid, to counsel of record listed below.

Quinn Curtis Bennett
Nall & Miller, LLP
235 Peachtree Street, NE, Suite 1500
Atlanta, GA 30303-1418
qbennett@nallmiller.com

*Attorneys for Defendants*

This 17th day of May, 2022.

**SCOTT A. PRYOR LAW**

By: */s/ James D. Timmons, Jr.*
JAMES D. TIMMONS, JR.
Georgia Bar No. 712667
Attorney for Plaintiff

6185 Crooked Creek Rd. NW
Peachtree Corners, GA 30092
404-474-7298
jjtimmons@scottpryorlaw.com